# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM                                                           TEL: 212.681.0202
                                                                            FAX: 212.614.0202

October 17, 2011

**BY HAND AND BY ECF**

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:     *United States v. Michael Dolphin, et al.*, 11 Cr. 005

Dear Judge Townes:

      With the consent of the government, I respectfully write to request that Michael Dolphin be permitted to travel to Boston, Massachusetts, from Friday, October 21, through Wednesday, October 26.  Mr. Dolphin is currently released on a $1,000,000 personal recognizance bond with a curfew restriction that is directed by Pretrial Services.  We will provide Pretrial Services with any information it requests regarding Mr. Dolphin's travel.

                                    Respectfully submitted,
                                    /s/
                                  Sarita Kedia

cc:     AUSA Evan Norris
        (By ECF)

        Louis Calvi
        Pretrial Services Officer
        (By e-mail)