FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ NOV 01 2011 ★

# SARITA KEDIA
LAW OFFICES, P.C.

BROOKLYN OFFICE

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

October 28, 2011

**BY FACSIMILE AND BY ECF**

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Michael Dolphin, et al., 11 Cr. 005*

Dear Judge Townes:

With the consent of the government and Pretrial Services, I respectfully write to request that Michael Dolphin be permitted to travel to Cairo, New York, this afternoon, Friday, October 28, through Saturday, October 29, for funeral and burial services for his aunt Anne Trenor. I have provided the government and Pretrial Services with the location of the funeral. Mr. Dolphin is currently released on a $1,000,000 personal recognizance bond with a curfew restriction that is directed by Pretrial Services. We will provide Pretrial Services with any additional information it requests regarding Mr. Dolphin's travel.

Respectfully submitted,
/s/
Sarita Kedia

cc: AUSA Evan Norris
(By ECF)

Louis Calvi
Anna Lee
Pretrial Services Officers
(By e-mail)

The application is  X granted. ___denied.
SO ORDERED.

s/ SLT
_____
Sandra L. Townes, U.S.D.J.
Dated: October 28, 2011
Brooklyn, New York