# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

October 17, 2011

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ NOV 14 2011 ★

BROOKLYN OFFICE

**BY HAND AND BY ECF**

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re:   United States v. Michael Dolphin, et al., 11 Cr. 005*

Dear Judge Townes:

With the consent of the government, I respectfully write to request that Michael Dolphin be permitted to travel to Boston, Massachusetts, from Friday, October 21, through Wednesday, October 26. Mr. Dolphin is currently released on a $1,000,000 personal recognizance bond with a curfew restriction that is directed by Pretrial Services. We will provide Pretrial Services with any information it requests regarding Mr. Dolphin's travel.

Respectfully submitted,
/s/
Sarita Kedia

cc:   AUSA Evan Norris
      (By ECF)

      Louis Calvi
      Pretrial Services Officer
      (By e-mail)

The application is  X granted.
                    ___ denied.
SO ORDERED.
s/ SLT
_____
Sandra L. Townes, U.S.D.J.
Dated: October 21, 2011
Brooklyn, New York