# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

March 11, 2012

**BY ECF**

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

                *Re:*    *United States v. Michael Dolphin, et al., 11 Cr. 005*

Dear Judge Townes:

      As requested, I write to inform the Court that Mr. Dolphin joins in his co-defendant Mr. Wehnert's motion to dismiss the indictment based on irregularities in the special grand jury.  He also joins in Mr. Vernace's motions Points Six through Ten requesting that the government be compelled to (1) provide a witness list; (2) preserve all law enforcement notes of witness interviews; (3) notify the defendants of what it seeks to introduce as enterprise evidence and/or pursuant to Federal Rules of Evidence 404(b); (4) provide a list of recordings and other exhibits it intends to offer at trial; and (5) produce the witnesses requested and permit them to be interviewed by the defense.

                                          Respectfully submitted,
                                          /s/
                                          Sarita Kedia

cc:     Government counsel
         All defense counsel
         (By ECF)