# SARITA KEDIA

LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

May 20, 2012

**BY HAND AND BY ECF**

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

> ### Re:     *United States v. Michael Dolphin, et al., 11 Cr. 005*

Dear Judge Townes:

With the consent of Pretrial Services and the government, I write on behalf of Michael Dolphin to request that he be permitted to travel to East Durham, New York, for Memorial Day weekend – Friday, May 25, through Monday, May 28, 2012.  We have provided Pretrial Services with the requisite information regarding Mr. Dolphin's travel.

Respectfully submitted,
/s/
Sarita Kedia

cc:    AUSA Evan Norris
       (By ECF)

       Louis Calvi
       Pretrial Services Officer
       (By e-mail)