**SARITA KEDIA**
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 24 2012 ★
BROOKLYN OFFICE

May 20, 2012

The application is  X granted.
SO ORDERED.           ___ denied.

s/Sandra L. Townes
Sandra L. Townes, U.S.D.J.
Dated: May 21, 2012
Brooklyn, New York

BY HAND AND BY ECF

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Michael Dolphin, et al., 11 Cr. 005

Dear Judge Townes:

With the consent of Pretrial Services and the government, I write on behalf of Michael Dolphin to request that he be permitted to travel to East Durham, New York, for Memorial Day weekend – Friday, May 25, through Monday, May 28, 2012. We have provided Pretrial Services with the requisite information regarding Mr. Dolphin's travel.

Respectfully submitted,
/s/
Sarita Kedia

cc:   AUSA Evan Norris
(By ECF)

Louis Calvi
Pretrial Services Officer
(By e-mail)