**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUL 10 2012 ★

BROOKLYN OFFICE

# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

July 5, 2012

**BY ECF**

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           *Re:*    *United States v. Michael Dolphin, et al., 11 Cr. 005*

Dear Judge Townes:

    With the consent of the government and Pretrial Services, I write on behalf of Michael Dolphin to request that he be permitted to travel to his cousin's home in Ringwood, New Jersey, on Saturday, July 7, 2012. We will provide Pretrial Services with the requisite information regarding Mr. Dolphin's travel.

                           Respectfully submitted,
                           /s/
                           Sarita Kedia

cc:    AUSA Evan Norris
       (By ECF)

       Louis Calvi
       Pretrial Services Officer
       (By e-mail)

The application is  X granted.
SO ORDERED.   ___ denied.
s/Sandra L. Townes
_____
Sandra L. Townes, U.S.D.J.
Dated: July 6, 2012
Brooklyn, New York